**People of the State of Illinois, Plaintiff-Appellee, v. Norman Mendoza, Defendant-Appellant.**

**Gen. No. 48,193.** 

First District, First Division.

April 3, 1961.

Joseph B. Gilbert, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook county, Illinois (Francis X. Riley and James R. Thompson, Assistant State's Attorneys, of counsel) for appellee. Opinion by JUSTICE BURMAN. **Not to be published in full.**